**Howard CLEVELAND, Jr.,
Petitioner–Appellant,**

v.

**Steve DOBSON, Respondent–Appellee.**

**No. 01–7191.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Howard Cleveland, Jr., pro se.

Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Howard Cleveland, Jr., seeks to appeal the district court's order and judgment denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on May 9, 2001. Cleveland's notice of appeal was filed on July 4, 2001, the earliest date Cleveland could have submitted the notice to prison officials for mailing. Because Appellant failed to file a

**214**

timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*